■ In the Matter of GLORIA S. CALONGE, a Suspended Attorney, Respondent. COMMITTEE ON PROFESSIONAL STANDARDS, Petitioner. [930 NYS2d 917]—

Per Curiam.

By order dated June 19, 2008, this Court suspended respondent for a period of two years (*Matter of Calonge*, 52 AD3d 1111 [2008]). She now applies for reinstatement. Petitioner advises it does not oppose the application.

Our examination of the papers submitted on the application indicates that respondent has complied with the provisions of the order of suspension and with this Court's rules regarding the conduct of suspended attorneys (*see* 22 NYCRR 806.9). We are also satisfied that respondent has complied with the requirements of this Court's rules regarding reinstatement (*see* 22 NYCRR 806.12 [b]) and that she possesses the character and general fitness to resume the practice of law.

Accordingly, the application is granted and respondent is reinstated to the practice of law, effective immediately.

Mercure, J.P., Spain, Malone Jr., McCarthy and Garry, JJ., concur. Ordered that respondent's application is granted; and it is further ordered that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.